1

2

3                                                                                    **JS-6, O**

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHAEL KOUDSI,                          Case No.:  2:22–cv–08045–MEMF (PLAx)

12           Plaintiff,                       **ORDER REMANDING CASE TO STATE COURT [ECF NO. 10]**

13       v.

14   CHICWAY SMART STORE; AMAZON.COM
     SERVICES LLC; and DOES 1 to 100,
15   inclusive,

16           Defendants.

17

18

19

20

21

22

23

24

25

26

27   / / /

28   / / /

1

The Court, having considered the Joint Stipulation to Remand filed by Plaintiff Michael Koudsi and Defendant Amazon.com Services LLC (ECF No. 10), and finding good cause therefor, hereby GRANTS the request. This action is remanded to Los Angeles Superior Court pursuant to the following conditions:

1. Plaintiff is bound to seek no more than $75,000 in total, inclusive of interest, fees, and costs in this litigation from either or all defendants; and

2. The parties shall bear their own attorneys' fees and costs with respect to removal and subsequent remand of the action.

IT IS SO ORDERED.

Dated: March 1, 2023

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge